JOHANNA MEYER, as Administratrix of the Estate of ELMER MEYER, JR., Deceased, Appellant, *v.* MICHAEL M. PLESHKOPF, Individually and Doing Business as BRUSH FARM RIDING SCHOOL, et al., Respondents.

Submitted January 19, 1938; decided March 1, 1938.

*Harold M. Phillips, Alvin R. Cowan* and *Nathan Finkelstein* for appellant.

*William L. Shumate* and *Alfred W. Andrews* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.